**Motion Granted; Reversed and Rendered and Memorandum Opinion filed October 24, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00502-CV

---

**DAVID L. GLASSEL, DEAN D. GLASSEL, AMERICAN CEDAR TECHNOLOGY, TEXAS PURE, INDUSTRIES, INC., JAYNE R. NIEMAN, JOHN GLASSEL, CHARLIE TUFT, AND ENRIQUE TORRES, Appellants**

**V.**

**ANDREW MILNER, WINDSOR AUCTION CAOMPANY, CHRIS DIXON, GREAT CENTERAL MORTGAGE ACCEPTANCE COMPANY, LTD., Appellees**

---

### On Appeal from the 151st District Court
### Harris County, Texas
### Trial Court Cause No. 2016-75832

---

## MEMORANDUM OPINION

The parties have filed a joint motion stating they have reached an agreement to settle and compromise their differences in this case. They request that this court render judgment effectuating the parties' settlement agreement. *See* Tex. R. App. P.

42.1(a)(2)(A). The motion is granted. The trial court's judgment signed May 15, 2017, is reversed, and judgment is rendered in accordance with the terms of the settlement agreement between the parties. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(c).


PER CURIAM


Panel consists of Justices Christopher, Brown, and Wise.